JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| AMERIS BANK,<br><br>    Plaintiff,<br><br>    v.<br><br>POSITIVE FREIGHT SOLUTIONS, LLC et al.,<br><br>    Defendants. | Case No. 8:26-cv-00112-DFM<br><br>JUDGMENT |

Pursuant to Plaintiff Ameris Bank, a Georgia state-chartered banking corporation, doing business as Balboa Capital Corporation's ("Balboa's") Motion for Default Judgment and Federal Rules of Civil Procedure Rule 55(b)(2), and good cause appearing, therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Judgment be entered in this matter, in favor of Balboa, and against Defendants Positive Freight Solutions LLC, a Washington limited liability company and Sukhjit Singh, an individual, jointly and severally, in the total amount of **$136,188.69**; which is a sum of the following:

    a. Compensatory damages in the amount owed of $117,238.80;

    b. Prejudgment interest in the amount of $6,327.68;

    c. Attorneys' fees in the amount of $5,944.77; and

    d. Costs in the amount of $6,677.44.

2. The Clerk is ordered to enter this Judgment forthwith.


Date: May 29, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge